```
LAWRENCE G. BROWN
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARIA DEL ROCIO ARCEO-RANGEL, et al.,<br><br>        Defendants. | No. 2:09-MJ-0274 GGH<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S EX PARTE MOTION TO DISMISS CRIMINAL COMPLAINT AGAINST DEFENDANT ERIK CARDENAS ONLY AND ORDER THEREON**<br><br>Court:  Hon. Gregory G. Hollows |

Plaintiff United States of America hereby moves ex parte to dismiss the Criminal Complaint issued by this Court on September 12, 2008, against defendant Erik Cardenas only.  The United States makes this motion in the exercise of its prosecutorial discretion in light of:  (1) its anticipated referral of the prosecution of Erik Cardenas to the Washoe County, Nevada, District Attorney for prosecution on Nevada state criminal charges; and (2) its referral of Erik Cardenas, a suspected

///
///
///

1

illegal alien, to the United States Immigration and Customs Enforcement for immigration violations proceedings.

DATED: September 18, 2009

LAWRENCE G. BROWN
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the United States of America's ex parte motion to dismiss the Criminal Complaint against defendant Erik Cardenas only, and good cause appearing therefrom,

It is hereby ordered that the United States' motion is GRANTED and the Criminal Complaint against defendant Erik Cardenas is dismissed.

Dated: September 21, 2009

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

cardenas.ord

2